JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI NAGI SAEED MOHAMED<br><br>             Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDDING, Officer In Charge of the Fresno Office of The United States Citizenship Immigration Services<br><br>             Defendants. | CIVIL No. 1:06-CV-01011-AW-DLB<br><br>NOTICE OF DISMISSAL BY PLAINTIFF ALI NAGI SAEED MOHAMED<br><br>Rule 41(a)(1) |

PLEASE TAKE NOTICE:

The above-entitled action is hereby dismissed by plaintiff, ALI NAGI SAEED MOHAMED, CIS Number A 46131655 , pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: October 3, 2006                    /s/JAMES M. MAKASIAN
                                          JAMES M. MAKASIAN
                                          Attorney for Plaintiff

**ORDER**

Plaintiff has filed a Rule 41(a)(1) motion to dismiss. In *Wilson v. City of San Jose*, the Ninth Circuit explained:

> Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995) (citing Hamilton v. Shearson-Lehman American Express, 813 F.2d 1532, 1534 (9th Cir. 1987)). A plaintiff may dismiss his action so long as the plaintiff files a notice of dismissal prior to the defendant's service of an answer or motion for summary judgment. The dismissal is effective on filing and no court order is required. Id. The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice. Id.; Pedrina v. Chun, 987 F.2d 608, 609-10 (9th Cir. 1993). The filing of a notice of voluntary dismissal with the court automatically terminates the action as to the defendants who are the subjects of the notice. Concha, 62 F.2d at 1506. Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants. Id. (citing McKenzie v. Davenport-Harris Funeral Home, 834 F.2d 930, 934-35 (9th Cir. 1987)). Such a dismissal leaves the parties as though no action had been brought. Id.

Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

No answer to Plaintiff's complaint and no motion for summary judgment has been filed in this case and it appears that no such answer or summary judgment motion has been served. Because Plaintiff has exercised his right to voluntarily dismiss his complaint under Rule 41(a)(1), this case has terminated as explained by Wilson v. City of San Jose. 111 F.3d at 692.

Therefore, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to close this case in light of Plaintiffs's Rule 41(a)(1) Voluntary Dismissal.

IT IS SO ORDERED.

**Dated:**   October 5, 2006                    /s/ Anthony W. Ishii
0m8i78                                       UNITED STATES DISTRICT JUDGE